U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Sep 18 - 2025**
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  8:25-po-58 (MJK) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **CARLOS DANIEL MORALES-RAMIREZ,** | ) | Violation:       8 U.S.C. § 1325 |
| | ) | [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:    Clinton |

## THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Improper Entry by Alien]**

On or about September 13, 2025, in Clinton County in the Northern District of New York, the defendant, **CARLOS DANIEL MORALES-RAMIREZ**, an alien, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: September 18, 2025

JOHN A. SARCONE III
Acting United States Attorney

By: _____
Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096